SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GHIA ROLDAN ANGELES,<br><br>    Defendant. | Criminal No. CR 3-07-70270 EDL<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 17, 2007 TO MAY 25, 2007** |

The parties appeared before the Honorable Nandor J. Vadas on May 17, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), and under Federal Rule of Criminal Procedure 5.1, from May 17, 2007 to May 25, 2007, in light of the need for the defendant's counsel to review recently-produced discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 3-07-70270 EDL**

need for counsel to review the discovery with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 17, 2007, to May 25, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 17, 2007 to May 25, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/17/07

/s/
STEVE KOENINGER
Counsel for Ghia Roldan Angeles

DATED: 5/17/07

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____

THE HON. NANDOR J. VADAS
United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME**
**CR 3-07-70270 EDL**      2