AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

MAY 2 3 2007

─ OFFENSE CHARGED ─

18 U.S.C. § 1028(a)(4) -
Possession of an Identification
Document with Intent to Defraud
the United States

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

**DEFENDANT - U.S.**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GHIA ROLDAN ANGELES

DISTRICT COURT NUMBER

CR 07 0319 MAG

PENALTY:

Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 year
Special Assessment: $25

E-filing

─────── DEFENDANT ───────

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   ☐ If not detained give date any prior summons
     was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

─ PROCEEDING ─

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State
  Court, give name of court

☐ this person/proceeding is transferred from another
  district per (circle one) FRCrP 20, 21 or 40. Show
  District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on
  motion of:
    ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
  pending case involving this same
  defendant
☑ prior proceedings or appearance(s)
  before U.S. Magistrate regarding
  this defendant were recorded under

**SHOW**
**DOCKET NO.**

**MAGISTRATE**
**CASE NO.**

3-07-70270 EDL

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer  ☑ Yes  } If "Yes"
been filed?   ☐ No   } give date filed  5/8/2007
                       Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not
Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   WENDY THOMAS

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2

3                                              *FILED*
                                               07 MAY 23 PM 12: 34
4                                              MICHAEL W. WIEKING
                                               CLERK, U.S. DISTRICT COURT
5                                              N. DIST. OF CALIFORNIA

6

7                          E-filing

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA        MAG

10               SAN FRANCISCO DIVISION

11                                    CR 07    0319

12   UNITED STATES OF AMERICA,        ) No. CR
                                      )
13        Plaintiff,                  )    VIOLATION: Title 18, United States Code,
                                      )    Section 1028(a)(4) – Possession of an
14        v.                          )    Identification Document with Intent to
                                      )    Defraud the United States (Class A
15   GHIA ROLDAN ANGELES,             )    Misdemeanor)
                                      )
16        Defendant.                  )
                                      )    SAN FRANCISCO VENUE
17   _____)

18

19

20                     I N F O R M A T I O N

21   The United States Attorney charges:

22        On or about May 8, 2007, in the Northern District of California, the defendant,

23                     GHIA ROLDAN ANGELES,

24   knowingly possessed an identification document, authentication feature, or false identification

25   document, that was not an identification document issued lawfully for her use, to wit: a

26   Philippine passport, numbered GG884825, with the intent that such document be used to defraud

27   //

28   //

     INFORMATION                   Page 1 of 2

1  the United States, in violation of Title 18, United States Code, Section 1028(a)(4), a Class A

2  Misdemeanor.

3

4  DATED:    *May 10, 2007*                    SCOTT N. SCHOOLS
                                              United States Attorney
5

6

7                                             IOANA PETROU
                                              Chief, Major Crimes Section
8

9  (Approved as to form:
                        WENDY THOMAS
10                      Special Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                          Page 2 of  2