06/26/2007 10:10 am

Version 0.2

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | GHIA ROLDAN ANGELES | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611007451 | 1 | PR | 25.00 | 06/18/2007 |

Case No. DCAN307CR000319    US V GHIA ROLDAN ANGELES

Division Payment Total     25.00

Grand Total     25.00

$25.00 SPECIAL ASSESSMENT
PAID IN FULL
on 6-18-07

Page 1 of 1